Anne **MASON** ex rel. **CHIN YOKE ON**, Petitioner, Appellant, v. Anna **C. M. TILLINGHAST, U. S. Commissioner of Immigration**, Respondent, Appellee.

Circuit Court of Appeals, First Circuit.
October 24, 1928.

No. 2262.

Walter Bates Farr, of Boston, Mass. (F. Damon, of Boston, Mass., on the brief), for appellant.

John W. Schenck, Asst. U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., of Boston, Mass., on the brief), for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. The decree of the District Court is affirmed.

Anne **MASON** ex rel. **ENG YUEN SUN**, Petitioner, Appellant, v. Anna C. M. TILLINGHAST, U. S. Commissioner of Immigration, Respondent, Appellee.

Circuit Court of Appeals, First Circuit.
October 24, 1928.

No. 2263.

Walter Bates Farr, of Boston, Mass. (E. F. Damon, of Boston, Mass., on the brief), for appellant.

John W. Schenck, Asst. U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., of Boston, Mass., on the brief), for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. The decree of the District Court is affirmed.

**MASSACHUSETTS GASOLINE & OIL COMPANY, Intervener, Appellant, v. EQUITABLE TRUST COMPANY OF NEW YORK,** Plaintiff, Appellee.

Circuit Court of Appeals, First Circuit.
April 10, 1928.

No. 2237.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. Upon motion of appellee, it is ordered that this case be docketed and dismissed, without costs.

**MATHEY BROS., Inc.,** Plaintiff-Appellant, v. **FIRESTONE TIRE & RUBBER COMPANY,** Defendant-Respondent.

Circuit Court of Appeals, Second Circuit.
Decided February 18, 1929.

No. 170.

Moore, Hall, Swan & Cunningham, of New York City (John H. Jackson, of New York City, of counsel), for appellant.

Davidson, Moses & Sicher, of New York City (Nathan L. Miller, Harold Otis, and Dudley F. Sicher, all of New York City, of counsel), for respondent.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.